IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JIM AANA, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PIONEER HI-BRED ) <br> INTERNATIONAL, INC., ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. 12-00231 JMS/BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 24, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations That Plaintiffs' Motion To Remand Be Denied" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 16, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge