IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JIM AANA, ET AL., | CIV. NO. 12-00231 LEK-BMK |
| Plaintiffs, | FINDINGS AND RECOMMENDATION TO DISMISS CLAIMS BY PLAINTIFFS WENDELL KABUTAN AND WANDA KABUTAN |
| vs. | |
| PIONEER HI-BRED INTERNATIONAL, ET. AL, | |
| Defendants. | |

FINDINGS AND RECOMMENDATION TO DISMISS CLAIMS BY
PLAINTIFFS WENDELL KABUTAN AND WANDA KABUTAN

On May 5, 2016, this Court held a hearing on Kyle Smith's Motion to Withdraw as Counsel for Plaintiffs Wendell and Wanda Kabutan ("Plaintiffs"). The Court granted the motion and indicated that it needed to schedule further proceedings in this case. The Court asked Plaintiffs how they wished to proceed, but they were unsure and stated that they needed more time to decide how to proceed. Although the Court preferred to schedule a Status Conference one month later, Plaintiffs stated they would be out of the state until early July. To accommodate their travel, the Court agreed to set the Status Conference on July 8, 2016 at 10:30 a.m., as requested by Wendell Kabutan. Plaintiffs stated they would be back in Hawaii on that date and would attend the Status Conference.

On July 6, 2016, Wendell Kabutan called the Court and orally requested a continuance of the July 8, 2016 Status Conference. He stated that he and Wanda Kabutan were still out of the state and could not attend in person. The Court denied his request and informed him that the Status Conference would be held on July 8 as scheduled and failure to participate would lead to dismissal of their case. As an accommodation, the Court permitted the Kabutans to participate in the Conference via telephone. Wendell Kabutan stated that the Court could call him for the Conference but that he might be busy at that time.

On July 8, 2016, the Court called the Kabutans at 10:30 a.m. for the Status Conference. Wanda Kabutan answered the phone and stated that Wendell Kabutan was not home and he would not participate in the Conference. The Courtroom Manager invited Wanda Kabutan to participate via telephone but she declined and hung up. The Court held the Status Conference without Plaintiffs' participation.

The Court had previously warned Plaintiffs that failure to prosecute this action and participate in the scheduled status conferences may lead to dismissal of their claims. The Court finds that their refusal to participate in the July 8, 2016 Status Conference constitutes a failure to prosecute this case. Accordingly, the Court FINDS and RECOMMENDS that Plaintiffs Wendell and Wanda Kabutan's

claims be dismissed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 12, 2016.



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Aana, et al. v. Pioneer Hi-Bred Int'l, et al., CIV. NO. 12-00231 LEK-BMK; FINDINGS AND RECOMMENDATION TO DISMISS CLAIMS BY PLAINTIFFS WENDELL KABUTAN AND WANDA KABUTAN.