IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JIM AANA, ET AL.,on behalf of themselves and all others similarly situated, | ) ) ) | CIV NO. 12-00231 LEK-BMK CIV NO. 12-00655 LEK-BMK [CONSOLIDATED CASES] |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| PIONEER HI-BRED INTERNATIONAL, ET. AL., | ) ) ) | |
| Defendants. | ) ) ) | |
| AND RELATED CONSOLIDATED CASE. | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 12, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss Claims By Plaintiffs Wendell Kabutan And Wanda Kabutan" filed on July 12, 2016; (ECF NO. [1157]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, August 3, 2016.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**JIM AANA, ET AL.  VS. PIONEER HI-BRED INTERNATIONAL, ET AL; CIVIL 12-00231 LEK-BMK; CIVIL 12-00655 LEK-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**